### J. L. WALLING V. THE STATE.

No. 10100.  Delivered February 24, 1926.

**Forgery—Appeal Dismissed.**

Appellant having filed a written request that his appeal be dismissed, duly verified by his affidavit, his request is granted.

Appeal from the Criminal District Court of Dallas County. Tried below before the Hon. Felix Robertson, Judge.

Appeal from a conviction of forgery, penalty two years in the penitentiary.

No brief filed for appellant.

*Sam D. Stison,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for forgery; punishment fixed at confinement in the penitentiary for a period of two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

*Dismissed.*